UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) <br> ) <br> BELINDA GALE ORTIZ, ) <br> ) <br> ) <br> ) <br> Debtor. ) <br> ) <br> BELINDA GALE ORTIZ, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> US DEPARTMENT OF EDUCATION, *ET. AL.* ) <br> ) <br> ) <br> Defendants. ) | Case No. 11-45842-659 <br> Judge Kathy A. Surratt-States <br> Chapter 13 <br><br><br> **Adversary No. 15-4050-659** <br><br><br> **PUBLISHED** |

### ORDER

The matter before the Court is Plaintiff's Complaint to Determine Dischargeability of Student Loan Debt. For the reasons set forth in this Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiff's Complaint is **DENIED** in that Plaintiff's request to discharge her student loans is **DENIED** and judgment is entered in favor of Defendants, U.S. Department of Education, Navient Solutions, Inc. and Education Credit Management Corporation in that the student loan debt is nondischargeable; and this is the final judgment and Order of this Bankruptcy Court in this case.

_Kathy A. Surratt-States_
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: January 29, 2016
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO 63102

Frank R. Ledbetter
Ledbetter Law Firm
141 N. Meramec Avenue, Suite 24
St. Louis, MO 63105

Joshua Michael Jones
U.S. Attorney's Office
111 S. 10th Street
Suite 20.333
St. Louis, MO 63102

Navient Credit Finance Corporation
3 Garden Street
Neward, DE 19713

The Higher Education Loan Authority of Missouri
633 Spirit Drive
Chesterfield, MO 63005

David P. Stoeberl
Carmody MacDonald
120 S. Central Avenue, Ste 1800
St. Louis, MO 63105-1705

Belinda Gale Ortiz
2800 Fee Fee Rd., Apt. 3
Maryland Heights, MO 63043

US Department of Education
400 Maryland Ave SW
Washington, DC 20202

Jane Rund
U.S. Attorney's Office
111 South Tenth Street
St. Louis, MO 63102

Donna M. Sommars
Sommars & Associates, LLC
911 Washington Ave., Ste. 415
St. Louis, MO 63101

Educational Credit Management Corporation
120 S. Central, Ste 1800
St Louis, MO 63105